UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, | Civ. No. 15-3042 (KM) (MAH) |
| Plaintiff, | |
| v. | ORDER |
| MARLON DHAINY, | |
| Defendant. | |

**MCNULTY, U.S.D.J.:**

**THIS MATTER** having come before the Court on the motion for default judgment of Plaintiff Malibu Media, LLC, against Defendant Marlon Dhainy, by and through its counsel, Patrick J. Cerillo, Esq. [Dkt. No. 15]; and Defendant Dhainy having opposed the motion and moved to set aside the entry of default [Dkt. No. 16]; and the Court having considered the papers before it pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 5th day of April, 2016,

**ORDERED** that Defendant's motion to vacate the entry of default is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

Kevin McNulty
United States District Judge